1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   HECTOR MELGOZA BOLANOS,                 1:06-cv-0808-AWI-TAG HC

10              Petitioner,

11      vs.                                  ORDER TO SUBMIT
                                             APPLICATION TO PROCEED
12   RICHARD J. KIRKLAND,                    IN FORMA PAUPERIS
                                             **OR** PAY FILING FEE
13
                Respondent.
14   _____/

15
            Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas
16
    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an
17
    application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.
18
    Accordingly, IT IS HEREBY ORDERED that:
19
            1. The Clerk's Office shall send to petitioner the form for application to proceed in forma
20
    pauperis.
21
            2.  Within thirty (30) days of the date of service of this order, petitioner shall submit a
22
    completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this
23
    action.  Failure to comply with this order will result in a recommendation that this action be dismissed.
24

25   IT IS SO ORDERED.

26   Dated:   **July 17, 2006**                    _____/s/ **Theresa A. Goldner**_____
27   **j6eb3d**                                    UNITED STATES MAGISTRATE JUDGE

28