IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MELGOZA BOLANOS,<br><br>    Petitioner,<br><br>  vs.<br><br><br><br>RICHARD J. KIRKLAND,<br><br>    Respondent.<br>_____/ | 1:06-CV-00832-OWW-TAG HC<br>1:06-CV-00808-AWI-TAG HC<br><br>ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE NO.1:06-CV-00832-OWW-TAG HC, AND TO PLACE A COPY OF THIS ORDER IN CASE NO. 1:06-CV-00808-AWI-TAG HC |

    Petitioner, a state prisoner proceeding pro se, has filed identical habeas corpus actions pursuant to 28 U.S.C. § 2254 under both case numbers captioned above.

    Pursuant to Rule 60(a) of the Rules of Civil Procedure, the court hereby closes case number **1:06-cv-00832-OWW-TAG HC**, as duplicative of case number **1:06-cv-00808-AWI-TAG HC.** All future correspondence in this case shall be submitted to the court using the **1:06-cv-00808-AWI-TAG HC** number.

    The Clerk of Court is directed to administratively close case number **1:06-cv-00832-OWW-**

1 | **TAG HC**, and to place a copy of this order in case number **1:06-cv-00808-AWI-TAG HC**.

2 | IT IS SO ORDERED.

5 | IT IS SO ORDERED.

6 | **Dated:    July 29, 2006**                               /s/ Oliver W. Wanger
emm0d6                                                    UNITED STATES DISTRICT JUDGE