# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MELGOZA BOLANOS, | 1:06-cv-00808 AWI-TAG (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 10) |
| v. | |
| RICHARD J. KIRKLAND, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for violation of the AEDPA's one-year limitation period. (Doc. 10). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. On April 21, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 11). The objections restate the procedural history of this writ, state that due process violations impacted his conviction, and, without citation, states that pre-AEDPA law should apply to his case.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 4, 2008 (Doc. 10), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   May 2, 2008**                             /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE